IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEONA RENNA HOOPER,  CIVIL NO. 1:04CV0014

       Plaintiff,

       V.

STATE OF NORTH CAROLINA; NORTH
CAROLINA CENTRAL UNIVERSITY;
NORTH CAROLINA CENTRAL
UNIVERSITY CAMPUS POLICE; JAMES
H. AMMONS, NCCU Chancellor in his
official capacity; CHIEF MCDONALD
VICK, Chief of Police in his individual
and official capacity; CAPTAIN VICTOR
O. INGRAM, in his individual and
official capacity; LIEUTENANT
MICHAEL WATLINGTON, in his
individual and official capacity

JUDGMENT

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that Defendant North Carolina Central University's Motion for Summary Judgment [Doc. # 77] is GRANTED as to the federal claims; North Carolina Central University Campus Police Department's Motion for Summary Judgment [Doc. # 77] is GRANTED as to the federal claims; Chancellor James H. Ammons' Motion for Summary Judgment [Doc. # 76] is GRANTED as to the federal claims; Chief McDonald Vick's Motion for Summary Judgment [Doc. # 77] is GRANTED as to the federal claims; Captain Victor O. Ingram's Motion for Summary Judgment [Doc. # 72] is GRANTED as to the federal claims; and

Lieutenant Michael Watlington's Motion for Summary Judgment [Doc. # 74] is GRANTED as to the federal claims. The state law claims of the Second Amended Complaint are DISMISSED because the Court declines to exercise supplemental jurisdiction.

This the day of October 3, 2006

/s/ N. Carlton Tilley, Jr.
United States District Judge